UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 29, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELAN EFRAIM MOSHE,<br><br>    Defendant. | Case No. 2:21-mj-00104-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ELAN EFRAIM MOSHE</u>, Case No. <u>2:21-mj-00104-CKD</u> Charge <u>21 USC § 841(a)(1)</u>, from custody for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    \_\_\_\_\_ Bail Posted in the Sum of $ _____

      **X**    Unsecured Appearance Bond $   50,000

    \_\_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_\_ Appearance Bond with Surety

    \_\_\_\_\_ Corporate Surety Bail Bond

    \_\_\_\_\_ (Other):

Issued at Sacramento, California on June 29, 2021 at 2:25 PM.

By: */s/ Allison Claire*

Magistrate Judge Allison Claire